**DISMISS and Opinion Filed February 23, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01249-CV

### DUKE MICHAEL WILLIAMS III, Appellant
### V.
### SHATAVIA DESHUNE STILL, Appellee

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-02539-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

The filing fee and clerk's record in this case have not been filed. By postcard November 22, 2022, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By letter dated January 10, 2023, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification he (1) had either paid for or made arrangements to pay for the clerk's record, or (2) was entitled to proceed without payment of costs. We

cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221249F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DUKE MICHAEL WILLIAMS III,
Appellant

No. 05-22-01249-CV     V.

SHATAVIA DESHUNE STILL,
Appellee

On Appeal from the County Court at
Law No. 4, Collin County, Texas
Trial Court Cause No. 004-02539-
2022.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered February 23, 2023